IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jeffrey L. Dannemiller, | NO. C 06-03293 JW |
|       Plaintiff, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| City of Salinas, et al., | |
|       Defendants. | |

    The case management conference presently scheduled for October 16, 2006 is rescheduled to **November 6, 2006 at 10 a.m.** to coincide with the hearing on motion to consolidate. Please note that the hearing is at 9 a.m. and the case management statement is at 10 a.m.

Dated: October 14, 2006

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dennis Cunningham denniscunningham@juno.com
Susan K. Blitch sblitch@hurleylaw.com
Vanessa Wendenburg Vallarta vanessa@vallartalaw.com
Vincent P. Hurley vhurley@hurleylaw.com
W. Gordon Kaupp gordonk@hotmail.com

**Dated: October 14, 2006**         **Richard W. Wieking, Clerk**

                                              **By:  /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California