Vanessa W. Vallarta, City Attorney, #142404
OFFICE OF THE CITY ATTORNEY
CITY OF SALINAS
200 Lincoln Avenue
Salinas, CA 93901
Telephone:  (831) 758-7256
Facsimile:  (831) 758-7257

Vincent P. Hurley #111215
Douglas F. Young #84531
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, CA 95003
Telephone:  (831) 661-4800
Facsimile:  (831) 661-4804

Attorneys for Defendants
CITY OF SALINAS, SALINAS POLICE DEPARTMENT,
MICHAEL RODDEN, WILLIAM GASTON, IAN TITUS,
JEFFREY ALFORD, STEPHEN CRAIG, and DANIEL ORTEGA

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY LOUIS DANNEMILLER, | Case No. C-06-03293 JW (RS) |
| Plaintiff, | **STIPULATION AND APPLICATION FOR CONTINUANCE OF PRETRIAL CONFERENCE and [PROPOSED] ORDER** |
| vs. | |
| CITY OF SALINAS, SALINAS POLICE DEPARTMENT OFFICERS MICHAEL RODDEN (#75344), WILLIAM GASTON (#30482), IAN TITUS (#84685), (fnu) ALFORD (bnu), (fnu) CRAIG (bnu), VARIOUS DOE OFFICERS, CHIEF DANIEL ORTEGA, VARIOUS DOE SUPERVISORY OFFICERS, AND VARIOUS DOE CITY OFFICIALS, in both their individual and official capacities, | Date:  August 6, 2007<br>Time:  11:00 a.m.<br>Courtroom 4, 5th Floor<br>The Honorable James Ware |
| Defendants. | |

The parties STIPULATE and join in application to the Court as follows:

1  1.     The above-entitled matter is presently set for preliminary pretrial conference and
2 trial setting before the Honorable James Ware on August 6, 2007.
3  2.     Plaintiff Jeffrey Dannemiller died on March 5, 2007, from causes unrelated to the
4 instant action.
5  3.     Plaintiff's heirs at law are his parents, Dolores Dannemiller, 19929 Creekside
6 Lane, Salinas CA 93908, and Dr. Gerald Dannemiller, 88 Harper Canyon Road, Salinas CA
7 93908.  Plaintiff had no issue at the time of his death.
8  4.     On June 19, 2007, and June 25, 2007, respectively, a Suggestion of Death
9 pursuant to Rule 25(a)(1) was served on each of Plaintiff's parents and heirs at law, and filed
10 with this Court along with affidavit of personal service on each.  Proof of death of Plaintiff is
11 attached to the Suggestion of Death.
12  5.     We are informed and believe that neither lawful heir of Plaintiff Dannemiller
13 wishes to substitute him or herself as Plaintiff herein in order to continue the prosecution of this
14 case.
15  6.     Accordingly, it has been agreed that Plaintiff will dismiss the matter in its entirety
16 with prejudice in consideration for a waiver of costs and attorneys fees by Defendants herein.
17  7.     Appropriate documents to effect the stipulation and dismissal have not been
18 prepared as of this time, but the parties have agreed in principle to the dismissal on said terms.
19  The parties therefore respectfully request that the preliminary pretrial conference and trial
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  setting now set before the Honorable James Ware on August 6, 2007 be continued for 90 days or
2  thereafter at the Court's convenience for receipt of dismissal, or in the alternative, for a stipulated
3  motion to dismiss under Rule 25(a)(1).

4  Dated:  July 25, 2007

5             LAW OFFICES OF DENNIS CUNNINGHAM

7  By:  _____/s/_____
      W. GORDON KAUPP
8  Attorneys for Plaintiff JEFFREY LOUIS DANNEMILLER

10  Dated:  July 25, 2007

11  LAW OFFICES OF VINCENT P. HURLEY
    A Professional Corporation

13

14  By:  _____/s/_____
      DOUGLAS F. YOUNG
15  Attorneys for Defendants CITY OF SALINAS, SALINAS POLICE DEPARTMENT MICHAEL RODDEN, WILLIAM GASTON, IAN TITUS,
16  JEFFREY ALFORD, STEPHEN CRAIG and DANIEL ORTEGA

19  **ORDER**

20      Upon good cause shown, the above Stipulation of the parties is hereby approved and
21  made the ORDER of this Court.   The Preliminary Pretrial Conference presently scheduled
22  for August 6, 2007 is VACATED.  The Court sets a Status Conference for **October 22, 2007 at 10 AM.**  The parties shall file a joint status statement ten (10) days before the conference.
23  In the alternative, if a Stipulated Dismissal is filed ten (10) days before the conference, the confernece will be vacated.

25  Dated:  July 30, 2007  _____*James Ware*_____
    JAMES WARE
26      United States District Judge