1  Vanessa W. Vallarta, City Attorney, #142404
   OFFICE OF THE CITY ATTORNEY
2  CITY OF SALINAS
   200 Lincoln Avenue
3  Salinas, CA 93901
   Telephone:  (831) 758-7256
4  Facsimile:  (831) 758-7257

5  Vincent P. Hurley #111215
   Douglas F. Young #84531
6  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
7  38 Seascape Village
   Aptos, CA 95003
8  Telephone:  (831) 661-4800
   Facsimile:  (831) 661-4804
9
   Attorneys for Defendants
10 CITY OF SALINAS, SALINAS POLICE DEPARTMENT,
   MICHAEL RODDEN, WILLIAM GASTON, IAN TITUS,
11 JEFFREY ALFORD, STEPHEN CRAIG, and DANIEL ORTEGA

12                    UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

16 JEFFREY LOUIS DANNEMILLER,            ) Case No. C-06-03293 JW (RS)
                                         )
17                 Plaintiff,            ) **STIPULATION AND APPLICATION
                                         ) FOR DISMISSAL BY COURT
                                         ) ORDER AND [PROPOSED] ORDER**
18     vs.                               )
                                         )
19 CITY OF SALINAS, SALINAS POLICE       )
   DEPARTMENT OFFICERS MICHAEL           )
20 RODDEN (#75344), WILLIAM GASTON       )
   (#30482), IAN TITUS (#84685), (fnu)   )
21 ALFORD (bnu), (fnu) CRAIG (bnu),      )
   VARIOUS DOE OFFICERS, CHIEF           )
22 DANIEL ORTEGA, VARIOUS DOE            )
   SUPERVISORY OFFICERS, AND             )
23 VARIOUS DOE CITY OFFICIALS, in both   )
   their individual and official capacities, )
24                                       )
                   Defendants.           )
25                                       )

26

27        The parties STIPULATE and join in application to the Court as follows:

28

                                         1
Stip & App for Dismissal by Court Order & Proposed Order          Case No. C-06-03293 JW (RS)

1.     Plaintiff Jeffrey Dannemiller died on March 5, 2007, from causes unrelated to the instant action.

2.     Plaintiff's heirs at law are his parents, Dolores Dannemiller, 19929 Creekside Lane, Salinas CA 93908, and Dr. Gerald Dannemiller, 88 Harper Canyon Road, Salinas CA 93908.  Plaintiff had no issue or other heir at law at the time of his death.

3.     On June 19, 2007, and June 25, 2007, respectively, a Suggestion of Death pursuant to Rule 25(a)(1) was served on each of Plaintiff's parents and heirs at law, and filed with this Court along with affidavit of personal service on each.  Proof of death of Plaintiff is attached to the Suggestion of Death.

4.     Rule 25(a) of the Federal Rules of Civil Procedure provides in part as follows:

>     (1)     If a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties. The motion for substitution may be made by any party or by the successors or representatives of the deceased party and, together with the notice of hearing, shall be served on the parties as provided in Rule 5 and upon persons not parties in the manner provided in Rule 4 for the service of a summons, and may be served in any judicial district. Unless the motion for substitution is made not later than 90 days after the death is suggested upon the record by service of a statement of the fact of the death as provided herein for the service of the motion, the action shall be dismissed as to the deceased party.

The 90 day period prescribed by Rule 25(a)(1) expired on or about September 24, 2007.

5.     Neither lawful heir of Plaintiff Dannemiller has moved to substitute himself or herself as Plaintiff herein in order to continue the prosecution of this case.  In addition, Gordon Kaupp, attorney for Plaintiff herein, has personally spoken to the parents of Plaintiff, who told him that they do not intend to do so.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. Accordingly, the parties hereby jointly move the Court for an order dismissing the matter in its entirety, and further stipulate and covenant that if the matter were so dismissed, the parties each shall waive their claims for any costs or expenses related to this matter whatsoever, including any and all statutory costs and attorneys fees.

Dated:  September 25, 2007

           LAW OFFICES OF DENNIS CUNNINGHAM

           By: _____/s/_____
                W. GORDON KAUPP
           Attorneys for Plaintiff JEFFREY LOUIS DANNEMILLER

Dated:  September 25, 2007

           LAW OFFICES OF VINCENT P. HURLEY
           A Professional Corporation

           By: _____/s/_____
                DOUGLAS F. YOUNG
           Attorneys for Defendants CITY OF SALINAS, SALINAS POLICE DEPARTMENT MICHAEL RODDEN, WILLIAM GASTON, IAN TITUS, JEFFREY ALFORD, STEPHEN CRAIG and DANIEL ORTEGA

**ORDER**

It being established to the satisfaction of the Court that

1. Plaintiff herein is deceased;

2. That the suggestion of death was properly served on the parties and the heirs at law of the Plaintiff, and;

3. That no motion for substitution of Plaintiff has been filed within 90 days of such pursuant to Rule 25(a)(1),

IT IS HEREBY ORDERED pursuant to Rule 25(a)(1) that the matter be and is dismissed with prejudice; and based upon the stipulation of the parties, that each side shall bear his or its own attorney fees and costs. All pending deadlines and hearings are VACATED. The Clerk shall close the file.

Dated:   September 28, 2007

*James Ware*

The Honorable James Ware
United States District Court Judge